DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

KEVIN THOMAS COMER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-742

_____

February 23, 2024

Appeal pursuant to Fla. R. App. P. 9.140(b)(1)(A) from the Circuit Court for Manatee County; Stephen Mathew Whyte, Judge.

Howard L. Dimmig, II, Public Defender, and Pamela H. Izakowitz, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     Affirmed.


VILLANTI, LaROSE, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.